**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS, INDIANA**

| | | |
|---|---|---|
| SHANNON PHOEBE HALLIWELL,<br>    **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Cause No. 1:26-cv-606** |
| | ) | |
| ASCENSION ST. VINCENT HOSPITAL,<br>    **Defendant.** | ) | |
| | ) | |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff, name-above, complains of act and omissions by the Defendant. In support of her Complaint and as cause of action against Defendant, Plaintiff respectfully submits the following:

**JURISDICTION**

1. That this suit is authorized and instituted pursuant to the Americans with Disabilities Act, 42 U.S.C. § 12112 et seq. ("ADA").

2. Plaintiff filed a charge with the Equal Employment Opportunity Commission (EEOC) and received a notice of right to sue on February 23, 2026.

**PARTIES**

3. Plaintiff is a disabled woman and at all relevant times resided in the Southern District of the State of Indiana.

4. Defendant, Ascension St. Vincent Hospital, is a corporation doing business in the Southern District of the State of Indiana.

**FACTS**

5. Plaintiff began working at Defendant on July 22, 2024, as a Registered Nurse.

6. Plaintiff performed her job well and was never told she had any performance issues.

7. Plaintiff suffers from asthma and frequently receives treatment from her doctor.

1

8. On or about August 2024, Plaintiff requested accommodation due to her disability.

9. Plaintiff was granted the requested accommodation.

10. Shortly thereafter, Plaintiff's Supervisor and Director stopped responding to her emails and isolated her whilst other non-disabled employees were not treated this way.

11. On or about August 2024, Plaintiff filed a retaliation claim with the internal Human Resources ("HR"), stating that her Supervisor and Director, had treated her less favorably than her non-disabled co-workers after HR granted her the requested accommodations.

12. Plaintiff applied for and was granted a leave of absence from August 29, 2024, to October 2024, due to her disability.

13. On or about September 3, 2024, Plaintiff was terminated for a no-call no-show on August 29, 2024, and September 1, 2024.

14. Defendant retaliated against Plaintiff for engaging in protected activity.

15. Defendant terminated Plaintiff due to her disability.

16. Defendant discriminated against Plaintiff due to her disability.

17. Defendant failed to provide Plaintiff a reasonable accommodation.

## COUNT I

18. Plaintiff incorporates by reference paragraphs 1–17 above.

19. Defendant, as a result of terminating Plaintiff for engaging in protected activity, violated the ADA.

## COUNT II

20. Plaintiff incorporates by reference paragraphs 1-17 above.

21. Defendant, as a result of terminating Plaintiff for engaging in protected activity, violated the ADA.

2

## COUNT III

22. Plaintiff incorporates by reference paragraphs 1-17 above.

23. Defendant, as a result of discriminating against Plaintiff due to her disability, violate the ADA.

## COUNT IV

24. Plaintiff incorporates by reference paragraphs 1-17 above.

25. Defendant, as a result of failing to accommodate Plaintiff, violated the ADA.

WHEREFORE, Plaintiff respectfully requests that the Court grant the following relief:

A. Award Plaintiff back pay and benefits lost;

B. Award Plaintiff front pay;

C. Award Plaintiff compensatory damages for future pecuniary loss, emotional pain and suffering, inconvenience, mental anguish and loss of enjoyment of life;

D. Award Plaintiff her costs in this action and reasonable attorney fees;

E. Award Plaintiff punitive damages;

F. Award Plaintiff pre-and-post-judgment interest;

G. Grant Plaintiff any other relief which is allowable under the circumstances of this case.

Respectfully submitted,

*/s/: Stephen Rollins*
Stephen Rollins, #35791-49
Amber Boyd, #31235-49
**AMBER BOYD LAW**
8506 Evergreen Avenue
Indianapolis, IN 46240
Office: (317) 960-5070
Direct: (463) 248-5160
stephen@amberboydlaw.com
amber@amberboydlaw.com

3

## REQUEST FOR JURY TRIAL

Comes now the Plaintiff and requests that this cause be tried by a jury.

Respectfully submitted,


*/s/: Stephen Rollins*
Stephen Rollins